1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY RICHARDSON,                    1:18-cv-00429 LJO JLT (PC)

12              Plaintiff,                  ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
13       v.                                 OR PAY FILING FEE WITHIN 21 DAYS

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17

18       Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.

20       Accordingly, the Court **ORDERS** that **within 21 days** of the date of service of this order,

21   plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed,

22   or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be**

23   **granted without a showing of good cause. Failure to comply with this order will result in**

24   **dismissal of this action.**

25
     IT IS SO ORDERED.
26
         Dated:  **May 21, 2018**              _____ **/s/ Jennifer L. Thurston**
27                                             UNITED STATES MAGISTRATE JUDGE

28