UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 1:18-cv-0429 LJO JLT P<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS WITHOUT PREJUDICE |

By an order filed May 21, 2018, plaintiff was ordered to pay the filing fee in this action or file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and he was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee or filed the required documents.

Thus, the Court **RECOMMENDS** that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1

objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

    Dated: **September 25, 2018**                **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE